WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw@sbcglobal.net
Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MARY A. SCHEITLIN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security
Administration,

    Defendant.

CASE NO.: **EDCV 12-1799 E**

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED AND TWENTY DOLLARS and no/cents ($3,720.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 9/4/13

_____
UNITED STATES MAGISTRATE JUDGE

1